No. 63627.—C. J. Tower & Sons of Buffalo, Inc. *v.* United States, protest 321350–K (Buffalo).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise on the invoice accompanying entry 21012 consists of ferrosilicon containing 8 percent or more of silicon and less than 60 percent, the claim of the plaintiff was sustained.